UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

HONORABLE SAM R. CUMMINGS
DEPUTY CLERK SHIRLEY HARTMAN
LAW CLERK _____

PRESIDING COURT REPORTER/TAPE: MECHELLE DANIEL
USPO _B. Cruz_
INTERPRETER _____

CR. No. 5:05-CR-085-C    DEFT. No. 1

UNITED STATES OF AMERICA

v.

MELVIN ODELL MINNITT, JR.
Defendant's Name

Jeff Haag    AUSA

MICHAEL KING (F)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

REVOCATION OF PROBATION / SUPERVISED RELEASE

Revocation of: ☐ Probation  ☒ Supervised Release

Date Held: 07/10/2009
Time in Court: 45 MIN
Days in Trial: ____
Hearing Concluded: ☒ Yes ☐ No

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 10 2009
CLERK, U.S. DISTRICT COURT
By _SWL_
    Deputy

Revocation of Supervised Release  (Fill out only if regarding revocation of supervised release)

Hearing Type: ☒ Supervised Release - Evidentiary  ☐ Supervised Release - Non-evidentiary
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None

☒ ....... Sentencing Guidelines
☒ ....... Deft enters a plea of ☐ True ☒ Not True as to Conditions
☒ ....... Court finds deft ☒ has ☐ has not violated terms of probation.
☒ ....... Probation/Supervised Release ☒ revoked ☐ reinstated ☐ modified
☒ ....... SENTENCE TEXT: BOP: 18 MONTHS
         NO FURTHER SUPERVISED RELEASE

☒ ....... Time to serve 18 MOS.
☐ ....... Count(s) _____ dismissed on government's motion.
☐ ....... Deft ordered to surrender to the U.S. Marshal on _____.
☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond continued.
☐ ....... Deft Custody/Detention continued.
☒ ....... Deft REMANDED to custody.
☐ ....... Deft released from custody.

OTHER PROCEEDINGS: _Witness called and sworn. Testimony given. Exhibits admitted._